IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. KIMMEL, | No.: 2:23-cv-985 |
| Plaintiff, | *Electronically Filed* |
| vs. | |
| HOFBRAUSHAUS PITTSBURGH, | |
| Defendant. | |

## NOTICE OF REMOVAL

AND NOW, come the Defendant, Pittsburgh Brau, LLC, d/b/a Hofbrauhaus Pittsburgh, incorrectly identified as Hofbraushaus Pittsburgh (hereinafter "Hofbrauhaus"), by and through its undersigned attorneys, Zimmer Kunz, PLLC, and files the following Notice of Removal of the above-captioned action to the United States District Court for the Western District of Pennsylvania from the Court of Common Pleas of Allegheny County, Pennsylvania pursuant to 28 U.S.C. § 1441, *et seq.* and, in support thereof, aver as follows:

1. The above-described action was commenced by the filing of Plaintiff's Complaint on or about May 10, 2023. Defendant's counsel accepted original service via Affidavit of Acceptance of Original Service on May 24, 2023.

2. Hofbrauhaus has not yet answered or otherwise responded to Plaintiff's Complaint.

3. Plaintiff's Complaint contains several Federal law claims, including Count I - Sex Discrimination Under Title VII, Count II - Disability Discrimination Under ADA, and Count IV – Discrimination Under the Age Discrimination in Employment Act of 1967 and All Amendments ("ADEA"). See Complaint, *generally*.

4. A copy of all process, pleadings, and Orders served upon the Defendant are attached hereto and marked as Exhibit "A".

5. The present Notice of Removal has been timely filed.

6. This Honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this is a civil action arising under the laws of the United States.

7. Removal from state court to the United States District Court for the Western District of Pennsylvania is therefore permissible pursuant to 28 U.S.C. §§ 1441(a) and 1446.

8. All parties will receive written notice of the filing of the removal as required by 28 U.S.C. § 1446(d).

9. Notice of this removal will be provided to the Department of Court Records of the Court of Common Pleas of Allegheny County in a Notice of Filing a Removal substantially similar to the example attached as Exhibit "B".

WHEREFORE, Defendant, Pittsburgh Brau, LLC, d/b/a Hofbrauhaus Pittsburgh, provides this Notice that the action is being hereby removed to the United States District Court for the Western District of Pennsylvania.

**A JURY TRIAL IS DEMANDED OF 12 JURORS IN THIS MATTER BY DEFENDANTS**

Respectfully submitted,

By: */s/ Joseph W. Selep, Esquire*
JOSEPH W. SELEP, ESQUIRE
Pa. I.D. #43710
GREGORY C. SCHEURING, ESQUIRE
Pa. I.D. #90043
ZIMMER KUNZ, PLLC
Firm #920
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412) 281-8000
Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within NOTICE OF REMOVAL was forwarded to counsel below named via email transmission on the 6th day of June, 2023:

>David M. Kobylinski, Esquire
>Peter T. Kobylinski, Esquire
>Praetorian Law Group, LLC
>515 Court Place, Ste 4
>Pittsburgh, PA 15219
>(*Attorney for Plaintiff*)

>Respectfully submitted,

>By: */s/ Joseph W. Selep, Esquire*
>JOSEPH W. SELEP, ESQUIRE
>Pa. I.D. #43710
>GREGORY C. SCHEURING, ESQUIRE
>Pa. I.D. #90043
>ZIMMER KUNZ, PLLC
>Firm #920
>310 Grant Street, Suite 3000
>Pittsburgh, PA 15219
>(412) 281-8000
>Counsel for Defendant

02516033.DOCX 0864-0001